

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ELAINE ROUGEAU | CA 04-432 |
| VS. | JUDGE: BRADY |
| LOUISIANA DEPARTMENT OF SOCIAL SERVICES | MAGISTRATE: DALBY |

## ORDER

Considering the foregoing, it is ordered that plaintiff Motion to Consolidate Civil Actions 04-432 and 07-773 be and is hereby GRANTED.

Baton Rouge, Louisiana, this 12th day of December, 2007.

Judge James J. Brady
United States District Court
Middle District of Louisiana